Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

United States Patent and Trademark Office

Reg. No. 3,429,406
Registered May 20, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

# IHOP

IHOP IP, LLC (DELAWARE LTD LIAB CO)
C/O INTERNATIONAL HOUSE OF PANCAKES, INC
450 NORTH BRAND BLVD
GLENDALE, CA 912032306

FOR: RESTAURANT SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 11-0-1972; IN COMMERCE 11-0-1972.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,332,311, 3,005,563 AND OTHERS.

SER. NO. 77-105,192, FILED 2-12-2007.

WILLIAM VERHOSEK, EXAMINING ATTORNEY

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

Reg. No. 3,514,724

United States Patent and Trademark Office  Registered Oct. 14, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

## INTERNATIONAL HOUSE OF PANCAKES

IHOP IP, LLC (DELAWARE LIMITED LIABILITY COMPANY)
C/O INTERNATIONAL HOUSE OF PANCAKES, LLC
450 NORTH BRAND BLVD
GLENDALE, CA 912032306

FOR: RESTAURANT SERVICES; CARRY OUT FOOD SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 7-7-1958; IN COMMERCE 7-7-1958.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,654,277.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PANCAKES", APART FROM THE MARK AS SHOWN.

SER. NO. 77-105,421, FILED 2-12-2007.

WILLIAM VERHOSEK, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# IHOP FOR ME

**Reg. No. 3,743,560** IHOP IP, LLC (DELAWARE LIMITED LIABILITY COMPANY)
Registered Feb. 2, 2010   450 NORTH BRAND BLVD.
GLENDALE, CA 912031903

**Int. Cl.: 43**   FOR: RESTAURANT SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 10-0-2005; IN COMMERCE 10-0-2005.

**SERVICE MARK**
**PRINCIPAL REGISTER**   THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 76-698,145, FILED 6-29-2009.

CHERYL CLAYTON, EXAMINING ATTORNEY



David J. Kappos
Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# IHOP CAFE

**Reg. No. 3,731,730** IHOP IP, LLC (DELAWARE LIMITED LIABILITY COMPANY)
Registered Dec. 29, 2009 450 NORTH BRAND BLVD.
GLENDALE, CA 912031903

**Int. Cl.: 43** FOR: CAFE AND RESTAURANT SERVICES; CARRY-OUT CAFE AND RESTAURANT SERVICES; COFFEE HOUSE SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

**SERVICE MARK** FIRST USE 12-29-2008; IN COMMERCE 12-29-2008.
**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,332,311, 3,429,406, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CAFE", APART FROM THE MARK AS SHOWN.

SN 76-691,975, FILED 8-8-2008.

JAY BESCH, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

United States Patent and Trademark Office

Reg. No. 3,616,420
Registered May 5, 2009

## SERVICE MARK
## PRINCIPAL REGISTER

# IHOP 'N GO

IHOP IP, LLC (DELAWARE LIMITED LIABILITY COMPANY)
450 N. BRAND BLVD., 7TH FLOOR
GLENDALE, CA 912099018

FOR: RESTAURANT SERVICES, NAMELY, TAKE-OUT RESTAURANT SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 3-1-2008; IN COMMERCE 3-1-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,332,311, 3,003,423, AND OTHERS.

SN 76-677,371, FILED 5-24-2007.

SUZANNE BLANE, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# IHOP EXPRESS

**Reg. No. 3,771,927** IHOP IP, LLC (DELAWARE LIMITED LIABILITY COMPANY)
Registered Apr. 6, 2010  450 NORTH BRAND BLVD
GLENDALE, CA 912031903

**Int. Cl.: 43** FOR: RESTAURANT AND FOOD TAKE-OUT RESTAURANT SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

**SERVICE MARK**
**PRINCIPAL REGISTER** FIRST USE 8-15-2009; IN COMMERCE 8-15-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,332,311, 3,429,406, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "EXPRESS", APART FROM THE MARK AS SHOWN.

SN 76-691,550, FILED 7-24-2008.

JAY BESCH, EXAMINING ATTORNEY



David J. Kappos
Director of the United States Patent and Trademark Office